**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 10, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00127-CV

**JEAN JABBOUR, Appellant**

**V.**

**LISA ANN CAMPANA AND ALL OCCUPANTS, Appellees**

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1130766**

## MEMORANDUM OPINION

This is an appeal from an order signed February 23, 2021. On July 15, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Poissant and Wilson.